IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**EDWARD ALLAN WATTS**                                                   **PLAINTIFF**

V.                     **CASE NO. 2:25-CV-2107**

**ADMINISTRATIVE OFFICE OF THE
UNITED STATES COURTS; UNITED STATES COURTS;
and PARTIES OTHER THAN THE UNITED STATES COURTS**     **DEFENDANTS**

## ORDER

On October 7, 2025, the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, performed an initial screening of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2) and issued a Report and Recommendation ("R&R") (Doc. 5), finding that the Complaint was devoid of any cognizable claims and should be dismissed. On October 14, 2025, Plaintiff filed an Objection (Doc. 6), arguing, first, that the Magistrate Judge lacked authority to issue an R&R, and, second, that the Complaint stated proper claims against individuals or entities subject to suit. Plaintiff is wrong on both counts. The Court referred the Motion for Leave to Proceed In Forma Pauperis and Motion for Service (Doc. 3) to the Magistrate Judge on September 16, 2025. In addition, the Court has now reviewed the Complaint *de novo* and agrees with the R&R that no plausible claims are stated.

Accordingly, **IT IS ORDERED** that the Objection is **OVERRULED**; the R&R is **ADOPTED IN ITS ENTIRETY**; the Complaint is **DISMISSED WITHOUT PREJUDICE**; and the Motion (Doc. 3) is **MOOT**.

**IT IS SO ORDERED** on this 15th day of October, 2025.

                                                            /s/ Timothy L. Brooks
                                                            TIMOTHY L. BROOKS
                                                            CHIEF UNITED STATES DISTRICT JUDGE